

March 4, 2026

<u>VIA E-FILING</u>

Mr. Christopher M. Wolpert
Clerk of the Court
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

      Re:     *Wailes, et al. v. Jefferson County Public Schools et al.*, No. 25-1341
                 (fully briefed but not yet calendared for oral argument)

Dear Mr. Wolpert,

      This Rule 28(j) letter notifies the Court of *Mirabelli v. Bonta*, 607 U.S. ___ (Mar. 2, 2026), in which the Supreme Court held that parents were likely to succeed on their free-exercise and parental-rights challenges to California public schools' policy of facilitating "a child's gender transition" without parental notice and consent. Slip.Op.5. *Mirabelli* settles parent-plaintiffs' claim here: that Jeffco's policy of rooming their children with the opposite sex on overnight trips—without parental notice or consent—violates their free-exercise and parental rights. Opening.Br.30–35.

      First, *Mirabelli* confirms standing because parent-plaintiffs "are objects of the challenged exclusion polic[y]." Slip.Op.6.

      Second, *Mirabelli* resolves the free-exercise violation. It holds that the "unconsented facilitation of a child's gender transition" is a "greater" "intrusion" on "parents' free exercise rights" than the storybooks that triggered strict scrutiny in *Mahmoud v. Taylor*. Slip.Op.5. The same is true of Jeffco's unconsented opposite-sex rooming. Opening.Br.35.

      Third, *Mirabelli* rejects Jeffco's narrowing of *Mahmoud*. *See* Resp.Br.28. Contrary to the "not-precedential Sixth Circuit decision" Jeffco relies on, *Mahmoud* is not "a narrow decision focused on uniquely coercive curricular requirements." Slip.Op.4. Here, the district court ignored *Mahmoud* completely. Opening.Br.32.

Mr. Christopher M. Wolpert
March 4, 2026
Page 2

Fourth, *Mirabelli* reaffirms parents' "primary authority" to direct "the upbringing and education of [their] children"—including the "right not to be shut out of participation in decisions" about their care. Slip.Op.5–6. Jeffco's policy does precisely that. Opening.Br.42–48.

Finally, *Mirabelli* holds that the government cannot assert "a compelling interest in student safety and privacy"—as Jeffco does, Response.Br.31—if it "cut[s] out the primary protectors of children's best interests: their parents." Slip.Op.5. And like California, Jeffco also fails "the narrow-tailoring requirement" because Jeffco's interest "could be served by a policy that allows religious exemptions while precluding gender-identity disclosure." *Id*. So the district court's strict-scrutiny analysis is wrong.

Under *Mirabelli*, parent-plaintiffs "are likely to succeed on the merits," Slip.Op.5, that Jeffco's policy violates their constitutional rights. The denial of these rights "during the potentially protracted appellate process constitutes irreparable harm." Slip.Op.6. And "children's safety is the overriding equity." *Id*. This Court should reverse the district court and remand with instructions to preliminarily enjoin Jeffco.

Sincerely,

s/*Noel W. Sterett*
Noel W. Sterett
*Counsel for Plaintiffs-Appellants*

Mr. Christopher M. Wolpert
March 4, 2026
Page 3

## CERTIFICATE OF COMPLIANCE

I certify that the body of this letter contains 350 words and complies with Federal Rule of Appellate Procedure 28(j).

s/ Noel W. Sterett
Noel W. Sterett
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
nsterett@ADFlegal.org
*Counsel for Plaintiffs-Appellants*

Mr. Christopher M. Wolpert
March 4, 2026
Page 4

**CERTIFICATE OF SERVICE**

I certify that this letter was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit on March 4, 2026, using the appellate CM/ECF system, all participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

s/ Noel W. Sterett
Noel W. Sterett
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
nsterett@ADFlegal.org
*Counsel for Plaintiffs-Appellants*