UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 17, 2026

Mr. Eric Nieuwenhuis Kniffin
Ethics and Public Policy Center
1730 M Street NW, Suite 910
Washington, DC 20036

**RE:**     **25-1341, Wailes, et al v. Jefferson County Public Schools, et al**
Dist/Ag docket: 1:24-CV-02439-RMR-NRN

Dear Mr. Kniffin:

**Second Notice:**

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect(s):

The required number of paper copies of Amica Curiae brief have not been received by the court. See 10th Cir. R. 31.5. You must file seven copies of the brief with the court.

Please correct the stated deficiency within three days of the date of this notice.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/jm