No. 25-1341

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

JOSEPH and SERENA WAILES, et al.,

*Plaintiffs-Appellants,*

v.

JEFFERSON COUNTY PUBLIC SCHOOLS and JEFFERSON COUNTY PUBLIC
SCHOOLS BOARD OF EDUCATION,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Colorado
Case No. 1:24-cv-02439-RMR-NRN
Honorable Regina M. Rodriguez
(case argued May 12, 2026)

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Undersigned counsel Noel W. Sterett respectfully requests that
the Court withdraw Attorney Mallory B. Sleight as counsel for
Plaintiffs-Appellants because Ms. Sleight has ended her employment
with Alliance Defending Freedom. Plaintiffs-Appellants continue to be
represented by Noel W. Sterett, Katherine L. Anderson, David A.
Cortman, and John J. Bursch of Alliance Defending Freedom.

Respectfully submitted this 4th day of August, 2026.

By: *s/Noel W. Sterett*

| | |
|---|---|
| John J. Bursch | Noel W. Sterett |
| ALLIANCE DEFENDING FREEDOM | ALLIANCE DEFENDING FREEDOM |
| 440 First Street NW, Suite 600 | 44180 Riverside Pkwy |
| Washington, DC 20001 | Lansdowne, VA 20176 |
| (616) 450-4235 | (571) 707-4655 |
| jbursch@ADFlegal.org | nsterett@ADFlegal.org |
| | |
| Katherine L. Anderson | David A. Cortman |
| ALLIANCE DEFENDING FREEDOM | ALLIANCE DEFENDING FREEDOM |
| 15100 N. 90th Street | 1000 Hurricane Shoals Road N.E. |
| Scottsdale, AZ 85260 | Suite D-1100 |
| (480) 444-0020 | Lawrenceville, GA 30043 |
| kanderson@ADFlegal.org | (770) 339-0774 |
| | dcortman@ADFlegal.org |

*Counsel for Appellants*

1

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 61 words.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Word 365 using a proportionally spaced typeface, 14-point Century Schoolbook.

Dated: August 4, 2026

*s/Noel W. Sterett*
Noel W. Sterett
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by that system.

s/Noel W. Sterett
Noel W. Sterett
*Counsel for Appellants*

3