OLSON | GRIMSLEY

OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC

November 18, 2026

VIA E-FILING

Mr. Christopher M. Wolpert
Clerk of the Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Re: *Wailes, et al., v. Jefferson County Public Schools and Jefferson County Public Schools Board of Education*, No. 25-1341
(fully briefed and argued on May 12, 2026)

Dear Mr. Wolpert:

Appellants cite a news article about Proposition 134, not the measure itself. The measure does not affect this appeal.

First, it applies only to *athletic eligibility*, not overnight stays. LEGISLATIVE COUNCIL OF THE COLORADO GENERAL ASSEMBLY, 2026 STATE BALLOT INFORMATION BOOKLET, https://content.leg.colorado.gov/sites/default/files/2026-blue-book-en-accessible.pdf, at 93 (2026) (proposed language) ("Blue Book"). The measure says nothing about overnight trips. Jeffco's policy on overnight trips differs from its policy on athletic eligibility. App. Vol. 3 at 427-29. The policies are in different paragraphs, are under different headings, and say different things. *Id.* at 428-29.

Second, a state ballot measure does not change the federal constitutional analysis at issue.

Third, it does not undermine Jeffco's "feasibility defense" because it does not tell a school district *how* to identify a student's sex assigned at birth. Appellant Ltr. 1; Blue Book at 56 (schools "must determine their own verification procedures"). Instead, Colorado Department of Education's guidance on Proposition 134 confirms that schools "should not" conduct "[p]hysical examinations" or similar tests. COLO. DEP'T OF EDUC., *Guidance of Implementation of Proposition 134* (Nov. 17, 2026), *attached as Exhibit A*. The measure thus supplies neither the information Jeffco lacks nor a method for obtaining it.

Fourth, the measure is statutory, and Colorado's Constitution empowers the legislature to change the provision. Art. V, § 1(4)(a). The Governor-elect and legislative leaders have said publicly that they are considering changes. Jesse Paul & Jennifer Brown, *Democrats are already planning tweaks to Colorado ballot measures on fentanyl, transgender youth*, COLORADO SUN (Nov. 5, 2026), https://coloradosun.com/2026/11/05/conservative-ballot-measures-colorado-democrats-response/.

Appellants overstate the effect of Proposition 134. State law does not, and still will not, "require[]" Jeffco "to sort students by sex." Appellant Ltr. 1. If there is any doubt about its impact on this case,

the Court should hold its decision pending legislative finality or remand to the district court to do the same.

Sincerely,

*/s/ Isabel Broer*

Eric Olson
Isabel Broer
Bianca Miyata
Olson Grimsley Kawanabe Hinchcliff & Murray LLC
700 17th Street, Suite 1600
Denver, CO 80202
(303) 535-9151
eolson@olsongrimsley.com
ibroer@olsongrimsley.com
bmiyata@olsongrimsley.com
*Counsel for Appellees*

cc: Counsel of Record (via CM/ECF)